JOSEPH A. TAYLOR, Respondent, v. ELLSWORTH BUILDING CORPORATION, and Others, Appellants. With notice to WILLIAM T. SIMPSON, Receiver.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to a motion for an injunction and the appointment of a receiver upon proper notice thereof being given to the Attorney-General. Upon such motion it may be determined, on evidence, whether an execution was issued with directions to levy, or whether it was in effect countermanded by the plaintiff's attorney. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

UNION FREE SCHOOL DISTRICT No. 5, TOWN OF EAST HAMPTON, SUFFOLK COUNTY, NEW YORK, Respondent, v. ARTHUR H. GLEASON and Others, Appellants, Impleaded with Others, Defendants.— Order confirming report of commissioners affirmed, with costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

HARRY A. WERRES, an Infant, by AUGUST J. WERRES, His Guardian ad Litem, Respondent, v. RICHARD H. DAYS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the affidavit on which it is based does not state that the witness is not within the State, as required by section 887 of the Code of Civil Procedure. (*Matter of Adams*, 31 App. Div. 298; *Apollinaris Co.* v. *Venable*, 10 N. Y. Supp. 469; *Wallace* v. *Blake*, 4 id. 438; *Brown* v. *Russell*, 58 App. Div. 218; *Fox* v. *Peacock*, 97 id. 500.) Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

HENRY WILLIAMS, Respondent, v. DENABY AND CADEBY MAIN COLLIER-IES, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

JOHN L. CLYDE, Appellant, Respondent, v. WALTER WOOD, as Sole Surviving Partner, etc., of R. D. WOOD & COMPANY, Respondent, Appellant.— Order as resettled signed.

LEWIS GARDNER, Respondent, v. WALKER D. HINES, Director General of Railroads, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THOMAS J. DURKIN, as Committee, etc., Appellant, v. LOUIS J. BAUM, Respondent.— Motion granted, on payment of ten dollars costs, and on condition that appellant perfect the appeal, place the cause on the March calendar and be ready for argument when reached; otherwise, motion denied. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

In the Matter of THOMAS F. TEVLIN, an Attorney.— Matter referred to the Hon. Herbert T. Ketcham, official referee, to hear proof and report to this court. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.